

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | INDICTMENT |
| EDWARD GRECO,<br>a/k/a, "Eddie Greco,"<br>a/k/a, "Edward M. Greco,"<br>a/k/a, "Michael Greco," | : | 07 Cr. |
| Defendant. | : | 07CRM 870 |

- - - - - - - - - - - - - - - - - X

COUNT ONE

The Grand Jury charges:

On or about August 10, 2007, in the Southern District of New York, EDWARD GRECO, a/k/a, "Eddie Greco," a/k/a, "Edward M. Greco," a/k/a, "Michael Greco," the defendant, unlawfully, willfully, and knowingly did escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court and judge, which custody and confinement was by virtue of a conviction of an offense, to wit, GRECO, while in the custody of the Bronx Residential Reentry Center where he was serving the remainder of a a sentence imposed on him on or about November 1, 1999, by the Honorable Howard B. Turrentine, United States District Judge for the Southern District of California, for GRECO's conviction for the

crime of bank robbery, did escape from such custody and confinement.

(Title 18, United States Code, Sections 751 and 4082(a).)

_____    _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EDWARD GRECO,
a/k/a, "Eddie Greco,"
a/k/a, "Edward Greco,"
a/k/a, "Michael Greco,"

Defendant.

---

### INDICTMENT

07 Cr.

(18 U.S.C. §§ 751 and 4082(a))

 

 

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

---

Post-It 11/1/87

9/13/07 - Fld. Indictment, Case assigned to Judge Baer for all purposes.
/s/ Eaton, Jr. U.S.MJ
N.