OCT 0 9 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 5, 2007

**BY HAND**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07
```

    Re: United States v. Edward Greco
         07 Cr. 870(HB)

Dear Judge Baer:

    Pursuant to Your Honor's request at the conference on this matter on October 3, 2007, I write to respectfully inform the Court that the Northern District of New York is not willing to transfer its Indictment against the defendant for robbery to this district. It is my understanding from the Assistant United States Attorney assigned to the defendant's case in that district that in the next few weeks, the defendant will be transferred pursuant to a writ to that district to appear on the Indictment. As any conviction on the Indictment in the Northern District of New York affects the potential sentence on the charges in this case, I respectfully request that the conference in this matter scheduled for October 25, 2007 be adjourned until November 29, 2007, in order to afford sufficient time for the defendant to appear in the Northern District of New York and for a conference in that case to be held. Defense counsel joins in this request for an adjournment.

    The Government also respectfully requests that the Court exclude time from the date of this letter until November 29, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow

October 5, 2007

the Government to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

                                         Respectfully submitted,

                                         MICHAEL J. GARCIA
                                         United States Attorney
                                         Southern District of New York

                        By:                         
                                  Carrie H. Cohen
                                  Assistant U.S. Attorney
                                  (212) 637-2264

cc:   David E. Patton, Esq.  (by facsimile)

[Handwritten note from the court:] My view as I thought I made clear in Court is I don't care who or where this man is tried but I suspect this is close to a single transaction [or] at least set of transactions [or] at least set of [facts?] — put back to me if you can and the case of the [ ] [ ] — obviously ask [ ] us. Meanwhile I advise/[ ] [ ] writing [ ] at [ ] one number.

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 10/9/07

Endorsement:

    My view as I thought I made clear in Court is I don't care who or where this man is tried but since this is close to a single transaction let's at least see and report back to me if you can send the escape there as well - obviously ask defendant's lawyer meanwhile I'll adjourn only until November 1 at 10:00 A.M.