
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/07

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2007

RECEIVED
OCT 30 2007
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Edward Greco
07 Cr. 870(HB)

Dear Judge Baer:

Pursuant to Your Honor's request, I write to respectfully inform the Court that the Southern and Northern Districts of New York have approved the Indictment in the above matter being transferred to the Northern District of New York. Accordingly, on or about October 17, 2007, the defendant was moved pursuant to a writ to the Northern District of New York and has been appointed defense counsel in that district.

Under Rule 20 of the Federal Rules of Criminal Procedure, however, a prosecution can be transferred to another district only if the defendant states in writing that he wishes to pled guilty or nolo contendere and to waive trial in the district where the indictment is pending and consents to the court's disposing of the case in the transferee district. It is my understanding from the Assistant United States Attorney assigned to the defendant's case in the Northern District of New York that while the Government intends to engage in plea discussions with the defendant, prior to doing so, it needs time to collect and produce discovery to the defendant and that the defense will then need time to review that discovery.

Accordingly, I respectfully request that the conference in this matter scheduled for November 1, 2007 be adjourned for one month in order to afford sufficient time for the United States Attorney's Office in the Northern District of New York and the defendant to engage in discussions regarding a possible

disposition of this matter. Defense counsel joins in this request for an adjournment.

The Government also respectfully requests that the Court exclude time from the date of this letter until the adjourned conference date, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: ______________________
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

cc: David E. Patton, Esq. (by facsimile)

Adj to November 29 at 11 AM

ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 10/31/07