USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 1, 2007

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
NOV 02 2007
U.S. DISTRICT JUDGE
S.D.N.Y.

Re: United States v. Edward Greco
    07 Cr. 870 (HB)

Dear Judge Baer:

By Order dated October 31, 2007, Your Honor granted the Government's request for an adjournment of the November 1, 2007 conference in the above matter to November 29, 2007. The Government respectfully requests that the Court exclude time from the date of this letter until November 29, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
11/2/07

cc: David E. Patton, Esq. (by facsimile)

TOTAL P.02