USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 14, 2008

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   United States v. Edward Greco
           07 Cr. 870 (HB)

Dear Judge Baer:

    The Court has rescheduled the conference in the above matter from March 20, 2008 to April 17, 2008 at 9:45 a.m. The Government respectfully requests that the Court exclude time from the date of this letter until April 17, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

Agreed and
SO ORDERED:
/s/ Harold Baer
Harold Baer, Jr., U.S.D.J.
3/17/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Carrie H. Cohen
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

cc: David E. Patton, Esq. (by facsimile)

TOTAL P.02