

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED
APR · 0 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

April 15, 2008

**BY FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

    Re:   United States v. Edward Greco
            07 Cr. 870 (HB)

Dear Judge Baer:

       I write to respectfully inform the Court that the Southern and Northern Districts of New York have executed and filed the necessary paperwork to effectuate a transfer of jurisdiction in the above-referenced matter under Rule 20 of the Federal Rules of Criminal Procedure from the Southern District of New York to the Northern District of New York. The Assistant United States Attorney assigned to this matter in the Northern District of New York has informed me that the defendant intends to plead guilty in that District to all charges and that such proceeding is scheduled for April 25, 2008.

       Accordingly, I respectfully request that the conference in this matter scheduled for April 17, 2008 at 9:45 a.m. +be adjourned until a date after April 25, 2008, by which time the defendant should have entered his plea of guilty in the Northern District of New York and the case in this District can be closed. Defense counsel joins in this request for an adjournment.

       The Government also respectfully requests that the Court exclude time from the date of this letter until the adjourned conference date, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to collect and produce

discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York

                    By: _____
                            Carrie H. Cohen
                            Assistant U.S. Attorney
                            (212) 637-2264

cc: David E. Patton, Esq. (by facsimile)

*[Handwritten notation:]* Adjourned to May 9 at 9:45 AM

*[Signature:]* Harold Baer
Date: 4/16/08